Ahren A. Tiller Esq. [SBN: 250608]
BLC Law Center, APC
1230 Columbia St., Ste 1100
San Diego, CA 92101
Phone (619) 894-8831
Facsimile: (866) 444-7026

Attorneys for Plaintiff
TIMOTHY DAWSON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| TIMOTHY DAWSON <br><br> Plaintiffs, <br><br> v. <br><br> Defendants, <br><br><br> ONEMAIN CONSUMER LOAN, INC.; AND ONEMAIN FINANCIAL GROUP, LLC | Case No.: 2:19-cv-08929-DSF-E <br><br> **NOTICE OF SETTLEMENT** <br><br><br><br><br><br> Judge: Hon. Dale S. Fischer <br><br> Magistrate: Hon. Charles F. Eick |

TO THE HONORABLE COURT, TO ALL PARTIES HEREIN, AND TO THEIR RESPECTIVE COUNSEL OF RECORD: PLEASE TAKE NOTICE that TIMOTHY DAWSON ("Plaintiff") and ONEMAIN CONSUMER LOAN, INC.; AND ONEMAIN FINANCIAL GROUP, LLC., ("Defendants") have agreed to terms to settle all claims herein, subject to the full execution of a confidential agreement.

Plaintiff intends to file a request for dismissal with prejudice as to all Defendants within thirty (30) days or less.  In light of the settlement, Plaintiff

respectfully requests the Court take off calendar all future hearings and deadlines in this case.

Dated: December 13, 2019                    by: /s/ Ahren A. Tiller
                                                 Ahren A. Tiller
                                                 BLC Law Center, APC
                                                 Attorney(s) for Plaintiff

*Notice of Settlement*