1 Ahren A. Tiller, Esq. [SBN: 250608]
2 BLC Law Center, APC
1230 Columbia St., Ste 1100
3 San Diego, CA 92101
Phone (619) 894-8831
4 Facsimile: (866) 444-7026
Email: ahren.tiller@blc-sd.com

5 Attorneys for Plaintiff
TIMOTHY DAWSON

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY DAWSON, | Case No.: 2:19-cv-08929-DSF-E |
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | |
| ONEMAIN CONSUMER LOAN, INC.; AND ONEMAIN FINANCIAL GROUP, LLC | |
| Defendants, | Judge: Hon. Dale S. Fischer |
| | Magistrate: Hon. Charles F. Eick |

## **PROOF OF SERVICE**

I, Ahren A. Tiller, am over the age of eighteen (18) years, and not a party to this action. My business address is 1230 Columbia St., Ste. 1100 San Diego, CA 92101. I am an attorney admitted to practice in the United States District Court for the Central District of California.

I possess personal knowledge of the facts contained herein, and do hereby declare as follows:

On December 13, 2019, I served the following documents:

(1) NOTICE OF SETTLEMENT

By the following method(s):

   Served by U.S. Mail. I placed the documents described above for collection and mailing following our ordinary business practices.

On the following parties:

[x] John Y. Lee
    100 International Drive 16th Floor
    Baltimore, MD 21202

    I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 13, 2019          By: */s/ Ahren A. Tiller*
                                                  Ahren A. Tiller, Esq.
                                                  BLC Law Center, APC
                                                  Attorneys for Plaintiff