Ahren A. Tiller Esq. [SBN: 250608]
BLC Law Center, APC
1230 Columbia St., Ste 1100
San Diego, CA 92101
Phone (619) 894-8831
Facsimile: (866) 444-7026
Email: ahren.tiller@blc-sd.com

Attorneys for Plaintiff
TIMOTHY DAWSON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY DAWSON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ONEMAIN CONSUMER LOAN, INC.;<br>AND ONEMAIN FINANCIAL GROUP,<br>LLC<br><br>　　　　　Defendant, | Case No.: 2:19-cv-08929-DSF-E<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE HONORABLE COURT AND ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSELS OF RECORD:

1   PLEASE TAKE NOTICE THAT pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff TIMOTHY DAWSON ("Plaintiff") hereby voluntarily dismissed the above-captioned action in its entirety with prejudice.

In support of said dismissal, Plaintiff avers as follows:

WHEREAS, on December 13, 2019, Plaintiff filed a Notice of Settlement, stating that Plaintiff and Defendants had agreed to terms to settle Plaintiff's claims subject to the execution of a confidential agreement (ECF No. 11). The Parties have since fully resolved the Matter.

WHEREAS, Plaintiff now seeks to have this case dismissed with prejudice as to all Defendants.

Dated: December 23, 2019            BLC LAW CENTER, APC

                                    By:  /s/ Ahren A. Tiller
                                         Ahren A. Tiller
                                         Attorneys for Plaintiff
                                         TIMOTHY DAWSON